No. 02–6942. DAVIDSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–6949. WILKERSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–6954. FUSELIER *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–6956. GUTIERREZ *v.* DOVE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 02–6959. HARRISON *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 02–6962. BUTLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6970. MARTINEZ-GARCIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6972. SADLER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6975. SALGEDO ROMAN *v.* PETERSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 02–6977. DAVIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6979. BROWN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–6981. TAPIA BRAVO *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 02–6982. LIZALDE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–6986. ANDERSON *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–6992. SIFFORD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.